# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MACK SCOTT,** | |
| **Plaintiff,** | |
| v. | No. **2:16-cv-02569** |
| **ALLSTATE INDEMNITY COMPANY,** Individually and d/b/a **ALLSTATE INSURANCE COMPANY** d/b/a **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** d/b/a **ALLSTATE,** | **JURY DEMANDED** |
| **Defendant.** | |

## NOTICE OF SETTLEMENT

COME now the parties, by and through counsel, pursuant to Local Rule 83.13, and give notice to the Court that the above-styled matter, including all claims and counter-claims, has been resolved by way of mutual compromise. An Agreed Order of Dismissal with Prejudice will be submitted.

Respectfully submitted, this the 16th day of December, 2016.

**APPROVED FOR ENTRY:**

By: *s/ James W. Cook*
    JAMES W. COOK (BPR No. 8760)
    9057 Valley Crest Lane, Suite 102
    Germantown, Tennessee 38138
    (901) 753-5898—telephone
    (901) 753-5829—facsimile
    cchplaw@aol.com

    *Attorney for Plaintiff Mack Scott*

By: *s/ Russell E. Reviere*
    RUSSELL E. REVIERE (BPR No. 7166)
    BRANDON W. REEDY (BPR No. 30314)
    Rainey, Kizer, Reviere & Bell, PLC
    209 East Main Street
    P.O. Box 1147
    Jackson, Tennessee 38302-1147
    (731) 423-2414
    rreviere@raineykizer.com
    breedy@raineykizer.com

    *Attorneys for Defendant*
    *Allstate Insurance Company*