# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **MACK SCOTT,** | |
| **Plaintiff,** | |
| v. | **No. 2:16-cv-02569** |
| **ALLSTATE INDEMNITY COMPANY,** Individually and d/b/a **ALLSTATE INSURANCE COMPANY** d/b/a **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY** d/b/a **ALLSTATE,** | **JURY DEMANDED** |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Come now the parties, by and through counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 83.13(b) of the Local Rules of the United States District Court for the Western District of Tennessee, and inform the Court that the above-styled matter has been resolved by way of mutual compromise.  Therefore, the parties jointly stipulate to dismissal of this matter, bearing docket number 2:16-cv-02569, with prejudice.  The parties further stipulate that no discretionary costs will be applied for or awarded.  Costs are to be assessed to Defendant Allstate Insurance Company.  In accordance with Local Rule 83.13(b), a proposed Agreed Order of Dismissal with Prejudice will be submitted.

Respectfully submitted, this the 16th day of December, 2016.

**APPROVED FOR ENTRY:**

By: *s/ James W. Cook*
JAMES W. COOK (BPR No. 8760)
9057 Valley Crest Lane, Suite 102
Germantown, Tennessee 38138
(901) 753-5898—telephone
(901) 753-5829—facsimile
cchplaw@aol.com

*Attorney for Plaintiff Mack Scott*


By: *s/ Russell E. Reviere*
RUSSELL E. REVIERE (BPR No. 7166)
BRANDON W. REEDY (BPR No. 30314)
Rainey, Kizer, Reviere & Bell, PLC
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302-1147
(731) 423-2414
rreviere@raineykizer.com
breedy@raineykizer.com

*Attorneys for Defendant
Allstate Insurance Company*