## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **MACK SCOTT,** | |
| **Plaintiff,** | |
| **v.** | **No. 2:16-cv-02569** |
| **ALLSTATE INDEMNITY COMPANY,** **Individually and d/b/a ALLSTATE** **INSURANCE COMPANY d/b/a** **ALLSTATE FIRE AND CASUALTY** **INSURANCE COMPANY d/b/a** **ALLSTATE,** | **JURY DEMANDED** |
| **Defendant.** | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came this date the parties, by and through counsel of record, and informed the Court that the above-styled matter had been resolved by way of mutual compromise. Therefore, the parties moved this Court for entry of an Order of Dismissal with Prejudice. The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter, bearing docket number 2:16-cv-02569, is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded. Costs are assessed to Defendant Allstate Insurance Company.

IT SO ORDERED this 16th day of December, 2016.

s/ Diane K. Vescovo
DIANE K. VESCOVO
CHIEF UNITED STATES MAGISTRATE JUDGE

**APPROVED FOR ENTRY:**


By:____*s/ James W. Cook*_____
    JAMES W. COOK (BPR No. 8760)
    9057 Valley Crest Lane, Suite 102
    Germantown, Tennessee 38138
    (901) 753-5898—telephone
    (901) 753-5829—facsimile
    cchplaw@aol.com

    *Attorney for Plaintiff Mack Scott*




By:____*s/ Russell E. Reviere*_____
    RUSSELL E. REVIERE (BPR No. 7166)
    BRANDON W. REEDY (BPR No. 30314)
    Rainey, Kizer, Reviere & Bell, PLC
    209 East Main Street
    P.O. Box 1147
    Jackson, Tennessee 38302-1147
    (731) 423-2414
    rreviere@raineykizer.com
    breedy@raineykizer.com

    *Attorneys for Defendant*
    *Allstate Insurance Company*