*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*WESTERN DIVISION*

**MACK SCOTT,**

        **Plaintiff,**                **JUDGMENT IN A CIVIL CASE**

**v.**

**ALLSTATE INDEMNITY COMPANY,**    **CASE NO: 2:16-cv-2569-dkv**
**Individually and d/b/a ALLSTATE**
**INSURANCE COMPANY d/b/a**
**ALLSTATE FIRE AND CASUALTY**
**INSURANCE COMPANY d/b/a**
**ALLSTATE**
        **Defendants.**

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered

IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Order of Dismissal entered on December 16, 2016, this cause is hereby dismissed with prejudice. Costs are assessed to Defendant Allstate Insurance Company.

**APPROVED:**

s/ Diane K. Vescovo
**DIANE K. VESCOVO**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

**December 16, 2016**                                    **THOMAS M. GOULD**
**DATE**                                                          **Clerk of Court**

                                                                                  s/Sandra McClain
                                                                               **(By) Deputy Clerk**